## ROBERTS v. HOWLE.

(Decided January 9, 1916.  73 South. 1001.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for either party.
Per Curiam.—Appeal dismissed.